# EXHIBIT C

# 438th District Court

# Case Summary

## Case No. 2022CI14320

| | | |
|---|---|---|
| **CORRINE OLIVAS VS MIDLAND MORTGAGE** | § § § § § § | Location<br>  438th District Court<br>Judicial Officer<br>  438th, District Court<br>Filed on<br>  08/01/2022 |

---

## Case Information

|   |   |
|---|---|
| Case Type: | OTHER CIVIL CASES |
| Case Status: | **08/01/2022** Pending |

---

## Assignment Information

**Current Case Assignment**
Case Number      2022CI14320
Court            438th District Court
Date Assigned    08/01/2022
Judicial Officer 438th, District Court

---

## Events and Orders of the Court

08/01/2022   CASH BOND     (Judicial Officer: 438th, District Court)
             *TRO: $100.00 CASH DEPOSIT IN LIEU OF BOND*

08/01/2022   New Cases Filed (OCA)

08/01/2022   APPLICATION

08/01/2022   TEMPORARY RESTRAINING ORDER (OCA)    (Judicial Officer: TORRES, TINA)
             *SETTING BOND & NOTICE OF HEARING*

08/17/2022

LETTER TO DISTRICT CLERK
*REQUESTING COPY OF TEMPORARY RESTRAINING ORDER / EMAILED 08-18-22*

08/25/2022   **SETTING ON TEMPORARY RESTRAINING ORDER**   (9:00 AM)
   08/11/2022 Reset by Court to 08/25/2022